# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br><br>        Plaintiff,<br><br>       vs.<br><br>ALI & SONS, INC. d/b/a THE SHOP AUTOMOTIVE and MORTEZA HADIAN,<br><br>        Defendants. | Case No. 2:18-cv-08808-JAK-JPR<br><br>**JUDGMENT**<br>**JS-6** |

The motion for default judgment brought by Plaintiff BASF Corporation, was considered and granted. Therefore, this judgment is now entered against Defendants Ali & Sons, Inc. d/b/a The Shop Automotive and Morteza Hadian in the amount of $182,292.00 for the Contract Fulfillment Consideration and $501.37 in costs, for a total judgment of $182,793.37. The Defendants are jointly and severally liable for the amounts due under this Judgment.

IT IS SO ORDERED.

Dated: April 30, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE